UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In Re: )
CB GASOLINE SERVICES GROUP, INC. ) 08-00983    -BKT
EIN: 66-0574189 ) Chapter 7
)
)
Debtor(s). )

## TRUSTEE INTERIM REPORT

The Trustee, hereby files his Individual Estate Property Record and Report (Form 1) for the twelve month reporting period ending 12/31/2016. This report is intended to provide parties in interest with a general accounting of the Trustee's case administration.

Column 1: Asset Description (Scheduled and Unscheduled Property): This is a listing of all the Debtor's interest in assets from the petition, schedules, and statement of financial affairs. Also listed are unscheduled assets discovered by the Trustee, income of the estate (including post-petition interest on bank accounts), and claims which the estate may possess.

Column 2: Petition/Unscheduled Values: Column 2 reflects the dollar value of each asset, as first assigned by Debtor in the filed Schedules, or by the Trustee's initial estimate of values in the case of unscheduled assets. Scheduled values are often unreliable and may change significantly throughout the course of Trustee's investigation and administration.

Column 3: Estimated Net Value(Value Determined by Trustee Less Liens, Exemptions and Other Costs: Column 3 reflects the value of each asset as determined by the Trustee minus any appropriate adjustment. This value represents the Trustee's best initial estimate of **net** sale or liquidation value of the asset. Actual liquidation value may differ as a result of market conditions at the time of sale, costs of recovery, storage, insurance and sale.

Column 4: Property Formally Abandoned: If this column is blank it means either that (1) Trustee intends to administer the asset, (2) Trustee has not decided, or (3) Trustee has already liquidated the asset. An entry of "OA" indicates the property has or will be formally abandoned under 11 U.S.C. 554 (a).

Column 5: Sales/Funds Received by the Estate: Column 5 indicates the **gross** amount of proceeds received from the liquidation of each asset regardless of amounts paid out to secured creditors or for expenses.

Column 6: Asset Fully Administered/Gross Value of Remaining Assets: When an asset has been fully administered either by liquidation, formal abandonment, or the Trustee has reached a decision to abandon at closing of the estate, the entry "FA" will be listed in Column 6. For assets still being administered, column 6 reflects the Trustee's current best estimate of the **gross** value. Actual liquidation value may differ as a result of market conditions at the time of sale. Note: The difference between Columns 3 and 5 does not necessarily equal the figure in Column 6.

Other Information: Note that the Trustee has provided information about matters pending in the case and projected date for filing the Trustee's Final Report (TFR).

Dated: February 10, 2017          Respectfully Submitted,

/s/ WIGBERTO LUGO-MENDER

WIGBERTO LUGO-MENDER, Chapter 7 Trustee
100 CARR 165 STE 501
GUAYNABO, PR  009688052
-  -/ Fax 787-707-0412
E-Mail: wlugo@ecf.epiqsystems.com

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

| Case No: | 08-00983 | BKT | Judge: BRIAN K TESTER | | Trustee Name: | WIGBERTO LUGO-MENDER |
|---|---|---|---|---|---|---|
| Case Name: | CB GASOLINE SERVICES GROUP, INC. | | | | Date Filed (f) or Converted (c): | 02/22/08 (f) |
| | | | | | 341(a) Meeting Date: | 03/19/08 |
| For Period Ending: | 12/31/16 | (9th reporting period for this case) | | | Claims Bar Date: | 06/17/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Financial accounts- Banco Popular de PR [4475] | 6,399.38 | 6,399.38 | | 8,627.64 | FA |
| Value as per Schedule filed on March 10, 2008 | | | | | |
| 2. Financial accounts- Western Bank [2174/ 2250] | 4,177.56 | 4,223.25 | | 4,223.25 | FA |
| Value as per Schedule filed on March 10, 2008 | | | | | |
| 3. Financial accounts- Banco Bilbao Vizcaya #0432 | 1,681.91 | 1,003.08 | | 1,003.08 | FA |
| Value as per Schedule filed on March 10, 2008 | | | | | |
| 4. Accounts Receivable- Insular Trading | 698.13 | 2,433.59 | | 2,433.59 | FA |
| Value as per Schedule filed on March 10, 2008 | | | | | |
| 5. Equipment- Planta Electrica | 8,000.00 | 3,000.00 | | 3,000.00 | FA |
| Value as per Schedule filed on March 10, 2008 | | | | | |
| 6. Equipment- Transfer Switch | 3,000.00 | 1,000.00 | | 1,000.00 | FA |
| Value as per Schedule filed on March 10, 2008 | | | | | |
| 7. Equipment- Tormenteras | 2,000.00 | 1,000.00 | OA | 0.00 | FA |
| Value as per Schedule filed on March 10, 2008 | | | | | |
| Item not claimed by lessor | | | | | |
| 8. Equipment- Warmer Pizza (Leased with Esso) | 125.00 | 0.00 | OA | 0.00 | FA |
| Value as per Schedule filed on March 10, 2008 | | | | | |
| 9. Equipment- Caja Registradora (Leased with Esso) | 3,500.00 | 0.00 | | 0.00 | FA |
| Value as per Schedule filed on March 10, 2008 | | | | | |
| 10. Equipment- Tablillas de Almacen (Leased with Esso) | 700.00 | 0.00 | OA | 0.00 | FA |
| Value as per Schedule filed on March 10, 2008 | | | | | |
| 11. Equipment- Vacuum Cleaners (Two) | 200.00 | 0.00 | OA | 0.00 | FA |
| (Leased with Esso) | | | | | |
| Value as per Schedule filed on March 10, 2008 | | | | | |
| 12. Equipment- Freezer Almacen (Leased with Esso) | 50.00 | 0.00 | OA | 0.00 | FA |
| Value as per Schedule filed on March 10, 2008 | | | | | |

LFORM1

Ver: 19.06c

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

| Case No: | 08-00983 BKT Judge: BRIAN K TESTER | Trustee Name: | WIGBERTO LUGO-MENDER |
|---|---|---|---|
| Case Name: | CB GASOLINE SERVICES GROUP, INC. | Date Filed (f) or Converted (c): | 02/22/08 (f) |
| | | 341(a) Meeting Date: | 03/19/08 |
| | | Claims Bar Date: | 06/17/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13. Sistema Camaras de Seguridad (Leased with Esso) | 2,500.00 | 0.00 | OA | 0.00 | FA |
| Value as per Schedule filed on March 10, 2008 | | | | | |
| 14. Equipment- Computers (Leased with Esso) | 800.00 | 0.00 | OA | 0.00 | FA |
| Value as per Schedule filed on March 10, 2008 | | | | | |
| 15. Equipment- Printers (Three) (Leased with Esso) | 240.00 | 0.00 | OA | 0.00 | FA |
| Value as per Schedule filed on March 10, 2008 | | | | | |
| 16. Equipment- Fleet Card Machine POS | 350.00 | 0.00 | OA | 0.00 | FA |
| (Leased with Esso) | | | | | |
| Value as per Schedule filed on March 10, 2008 | | | | | |
| 17. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 368.53 | 0.00 |
| 18. Complaint- against Esso Standard Oil Puerto | 0.00 | 0.00 | | 1,315,903.06 | FA |
| State Court case docketed as Civil No. DAC 2005-0343 was settled in December 23, 2015. Portion to be received on the settlement fixed in the amount of $1,315,903.06 plus $99,046.47 which were withheld in favor of PR Treasury Department. The amount to be received is already NET of special counselor's fees and costs. | | | | | |
| 19. Municipality Vega Alta (u) | 0.00 | 69.05 | | 69.05 | FA |
| 20. Inventory- Perishable (u) | 0.00 | 400.00 | | 400.00 | FA |
| TOTALS (Excluding Unknown Values) | $34,421.98 | $19,528.35 | | $1,337,028.20 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

1. Upon settlement of State Court case, corporate tax returns for the years 2008 to 2015 need to be prepared.

LFORM1

Ver: 19.06c

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 3

| | |
|---|---|
| Case No: 08-00983 BKT Judge: BRIAN K TESTER | Trustee Name: WIGBERTO LUGO-MENDER |
| Case Name: CB GASOLINE SERVICES GROUP, INC. | Date Filed (f) or Converted (c): 02/22/08 (f) |
| | 341(a) Meeting Date: 03/19/08 |
| | Claims Bar Date: 06/17/08 |

2. Claims reviewed and objection identified. The principal claim to be objected is an estimated POC filed by PR Department of Treasury. Upon conclusion of tax returns then this proof of claim may be objected.

DECEMBER 31, 2016

Trustee is in the process to file an objection for the claim submitted by Department of Treasury.

Initial Projected Date of Final Report (TFR): 09/30/09      Current Projected Date of Final Report (TFR): 12/31/17

/s/ WIGBERTO LUGO-MENDER
_____  Date: 02/10/17
WIGBERTO LUGO-MENDER
100 CARR 165 STE 501
GUAYNABO, PR 00968-8052
Email: wlugo@ecf.epiqsystems.com

LFORM1                                                                                                                                 Ver: 19.06c

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-00983 -BKT | | Trustee Name: | WIGBERTO LUGO-MENDER |
|---|---|---|---|---|
| Case Name: | CB GASOLINE SERVICES GROUP, INC. | | Bank Name: | BANCO SANTANDER, P.R. |
| | | | Account Number / CD #: | *******3155 Banco Santander, P.R. - Checking Ac |
| Taxpayer ID No: | *******4189 | | | |
| For Period Ending: | 12/31/16 | | Blanket Bond (per case limit): | $ 19,330,424.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 02/27/08 | 20 | Ramon Davila | Proceeds from sale perishable | 1229-000 | 400.00 | | 400.00 |
| | | | Per motion for disposition of estate property filed on 2/27/2008- See legal Docket #6 | | | | |
| C 03/06/08 | 1 | Banco Popular | Closed Checking Accoun t#4475 | 1129-000 | 8,627.64 | | 9,027.64 |
| C 03/31/08 | 4 | Insular Trading Company | Collection Account Receivable balance | 1121-000 | 792.67 | | 9,820.31 |
| C 03/31/08 | 4 | Insular Trading Company | Collection Account Receivable balance | 1121-000 | 698.13 | | 10,518.44 |
| C 03/31/08 | 2 | American Express | Collection of funds- outstanding deposit at closing debtor's Westernbank checking account [#2174] | 1129-000 | 332.20 | | 10,850.64 |
| C 03/31/08 | 4 | Insular Trading Company | Collection Account Receivable balance | 1121-000 | 942.79 | | 11,793.43 |
| C 03/31/08 | 17 | BANCO SANTANDER, P.R. | Interest Rate 1.000 | 1270-000 | 5.12 | | 11,798.55 |
| C 04/07/08 | 2 | Westernbank | Closed bank account | 1129-000 | 3,891.05 | | 15,689.60 |
| C 04/10/08 | 3 | BBVA | Closed bank account #0432 | 1129-000 | 1,003.08 | | 16,692.68 |
| C 04/14/08 | 000301 | WIGBERTO LUGO MENDER Centro Internacional de Mercadeo Rd #165 Torre 1 Suite 501 Guaynabo, PR 00968 | AS PER COURT ORDER ENTERED ON April 2, 2008 [Reimbursed expenses] See legal docket #12 and #14 | 2200-000 | | 386.42 | 16,306.26 |
| C 04/29/08 | 5, 6 | Ramon Davila | Proceeds from sale- Power supply Electric generator with tank and transfer switch as per notice of sale [See legal docket #16, #22 and #23] | 1129-000 | 4,000.00 | | 20,306.26 |
| C 04/30/08 | 17 | BANCO SANTANDER, P.R. | Interest Rate 1.000 | 1270-000 | 11.48 | | 20,317.74 |
| C 05/30/08 | 17 | BANCO SANTANDER, P.R. | Interest Rate 1.000 | 1270-000 | 16.53 | | 20,334.27 |
| C 06/20/08 | 19 | Municipio de Vega Alta | Collection of funds judgment entered on Adversary 10-000165 [Dated 2/10/2011] | 1290-000 | 69.05 | | 20,403.32 |
| C 06/30/08 | 17 | BANCO SANTANDER, P.R. | Interest Rate 1.000 | 1270-000 | 17.52 | | 20,420.84 |

LFORM2T4

Ver: 19.06c

FORM 2

Page: 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-00983 -BKT | | Trustee Name: | WIGBERTO LUGO-MENDER |
|---|---|---|---|---|
| Case Name: | CB GASOLINE SERVICES GROUP, INC. | | Bank Name: | BANCO SANTANDER, P.R. |
| | | | Account Number / CD #: | *******3155 Banco Santander, P.R. - Checking Ac |
| Taxpayer ID No: | *******4189 | | | |
| For Period Ending: | 12/31/16 | | Blanket Bond (per case limit): | $ 19,330,424.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 07/31/08 | 17 | BANCO SANTANDER, P.R. | Interest Rate 1.000 | 1270-000 | 17.58 | | 20,438.42 |
| C 08/29/08 | 17 | BANCO SANTANDER, P.R. | Interest Rate 1.000 | 1270-000 | 16.46 | | 20,454.88 |
| C 09/30/08 | 17 | BANCO SANTANDER, P.R. | Interest Rate 1.000 | 1270-000 | 18.18 | | 20,473.06 |
| C 10/03/08 | 000302 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA 70139 | BLANKET BOND As per order entered on October 09, 2008. Refer to docket #26 and #28. | 2300-000 | | 72.72 | 20,400.34 |
| C 10/10/08 | 000303 | WIGBERTO LUGO MENDER Centro Internacional de Mercadeo Rd #165 Torre 1 Suite 501 Guaynabo, PR 00968 | AS PER COURT ORDER ENTERED ON October 9, 2008 [Reimbursed expenses] See legal docket #24 and #27 | 2200-000 | | 62.57 | 20,337.77 |
| C 10/31/08 | 17 | BANCO SANTANDER, P.R. | Interest Rate 1.000 | 1270-000 | 17.55 | | 20,355.32 |
| C 11/28/08 | 17 | BANCO SANTANDER, P.R. | Interest Rate 1.000 | 1270-000 | 15.83 | | 20,371.15 |
| C 12/31/08 | 17 | BANCO SANTANDER, P.R. | Interest Rate 1.000 | 1270-000 | 18.67 | | 20,389.82 |
| C 01/30/09 | 17 | BANCO SANTANDER, P.R. | Interest Rate 1.000 | 1270-000 | 16.99 | | 20,406.81 |
| C 02/27/09 | 17 | BANCO SANTANDER, P.R. | Interest Rate 1.000 | 1270-000 | 15.87 | | 20,422.68 |
| C 03/31/09 | 17 | BANCO SANTANDER, P.R. | Interest Rate 1.000 | 1270-000 | 18.15 | | 20,440.83 |
| C 04/30/09 | 17 | BANCO SANTANDER, P.R. | Interest Rate 1.000 | 1270-000 | 17.03 | | 20,457.86 |
| C 05/29/09 | 17 | BANCO SANTANDER, P.R. | Interest Rate 1.000 | 1270-000 | 16.05 | | 20,473.91 |
| C 06/30/09 | 17 | BANCO SANTANDER, P.R. | Interest Rate 0.250 | 1270-000 | 4.55 | | 20,478.46 |
| C 07/31/09 | 17 | BANCO SANTANDER, P.R. | Interest Rate 0.250 | 1270-000 | 4.41 | | 20,482.87 |
| C 08/31/09 | 17 | BANCO SANTANDER, P.R. | Interest Rate 0.250 | 1270-000 | 4.41 | | 20,487.28 |
| C 09/28/09 | 000304 | INTERNATIONAL SURETIES LTD SUITE 420 701 POYDRAS ST NEW ORLEANS LA 70139 | BLANKET BOND As per order entered on October 02, 2009. Refer to docket #37 and #35, #39 and #33. | 2300-000 | | 72.70 | 20,414.58 |
| C 09/30/09 | 17 | BANCO SANTANDER, P.R. | Interest Rate 0.250 | 1270-000 | 4.27 | | 20,418.85 |
| C 10/30/09 | 17 | BANCO SANTANDER, P.R. | Interest Rate 0.250 | 1270-000 | 4.25 | | 20,423.10 |
| C 11/30/09 | 17 | BANCO SANTANDER, P.R. | Interest Rate 0.250 | 1270-000 | 4.40 | | 20,427.50 |
| C 12/31/09 | 17 | BANCO SANTANDER, P.R. | Interest Rate 0.250 | 1270-000 | 4.40 | | 20,431.90 |
| C 01/29/10 | 17 | BANCO SANTANDER, P.R. | Interest Rate 0.250 | 1270-000 | 4.11 | | 20,436.01 |

LFORM2T4

Ver: 19.06c

FORM 2
Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-00983 -BKT | Trustee Name: | WIGBERTO LUGO-MENDER |
|---|---|---|---|
| Case Name: | CB GASOLINE SERVICES GROUP, INC. | Bank Name: | BANCO SANTANDER, P.R. |
| | | Account Number / CD #: | *******3155  Banco Santander, P.R. - Checking Ac |
| Taxpayer ID No: | *******4189 | | |
| For Period Ending: | 12/31/16 | Blanket Bond (per case limit): | $ 19,330,424.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  02/26/10 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.250 | 1270-000 | 3.97 | | 20,439.98 |
| C  03/31/10 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.250 | 1270-000 | 4.68 | | 20,444.66 |
| C  04/30/10 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | 1.70 | | 20,446.36 |
| C  05/28/10 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | 1.59 | | 20,447.95 |
| C  06/30/10 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | 1.87 | | 20,449.82 |
| C  07/30/10 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | 1.70 | | 20,451.52 |
| C  08/31/10 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | 1.82 | | 20,453.34 |
| C  09/30/10 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | 1.70 | | 20,455.04 |
| C  10/29/10 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | 1.65 | | 20,456.69 |
| C  11/01/10 | 000305 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA  70139 | BLANKET BOND As per order entered on December 02, 2010. Refer to docket #52 and #51. | 2300-000 | | 83.26 | 20,373.43 |
| C  11/30/10 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | 1.81 | | 20,375.24 |
| C  12/31/10 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | 1.75 | | 20,376.99 |
| C  01/31/11 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | 1.75 | | 20,378.74 |
| C  02/28/11 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | 1.59 | | 20,380.33 |
| C  03/31/11 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | 1.76 | | 20,382.09 |
| C  04/29/11 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | 1.64 | | 20,383.73 |
| C  05/31/11 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | 1.81 | | 20,385.54 |
| C  06/30/11 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | 1.70 | | 20,387.24 |
| C  07/29/11 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | 1.64 | | 20,388.88 |
| C  08/31/11 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | 1.87 | | 20,390.75 |
| C  09/30/11 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | 1.70 | | 20,392.45 |
| C  10/31/11 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | 1.76 | | 20,394.21 |
| C  11/11/11 | 000306 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA  70139 | BLANKET BOND As per order entered on November 14, 2015. Refer to docket #62 and #61. | 2300-000 | | 68.94 | 20,325.27 |
| C  11/30/11 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | 1.70 | | 20,326.97 |
| C  12/30/11 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | 1.69 | | 20,328.66 |

LFORM2T4

Ver: 19.06c

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-00983 -BKT | | Trustee Name: | WIGBERTO LUGO-MENDER |
|---|---|---|---|---|
| Case Name: | CB GASOLINE SERVICES GROUP, INC. | | Bank Name: | BANCO SANTANDER, P.R. |
| | | | Account Number / CD #: | *******3155 Banco Santander, P.R. - Checking Ac |
| Taxpayer ID No: | *******4189 | | | |
| For Period Ending: | 12/31/16 | | Blanket Bond (per case limit): | $ 19,330,424.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 01/31/12 | 17 | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 1.81 | | 20,330.47 |
| C 02/29/12 | 17 | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 1.64 | | 20,332.11 |
| C 03/30/12 | 17 | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 1.69 | | 20,333.80 |
| C 04/30/12 | 17 | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 1.75 | | 20,335.55 |
| C 05/31/12 | 17 | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 1.75 | | 20,337.30 |
| C 06/29/12 | 17 | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 1.64 | | 20,338.94 |
| C 07/31/12 | 17 | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 1.81 | | 20,340.75 |
| C 08/31/12 | 17 | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 1.75 | | 20,342.50 |
| C 09/28/12 | 17 | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 1.58 | | 20,344.08 |
| C 10/15/12 | 000307 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA 70139 | BLANKET BOND As per order entered on October 18, 2012. Refer to docket #70 and #69. | 2300-000 | | 49.45 | 20,294.63 |
| C 10/31/12 | 17 | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 1.86 | | 20,296.49 |
| C 11/30/12 | 17 | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 1.69 | | 20,298.18 |
| C 12/31/12 | 17 | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 1.75 | | 20,299.93 |
| C 01/31/13 | 17 | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 1.75 | | 20,301.68 |
| C 02/28/13 | 17 | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 1.58 | | 20,303.26 |
| C 03/29/13 | 17 | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 1.64 | | 20,304.90 |
| C 04/30/13 | 17 | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 1.80 | | 20,306.70 |
| C 05/31/13 | 17 | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 1.75 | | 20,308.45 |
| C 06/28/13 | 17 | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 1.58 | | 20,310.03 |
| C 07/31/13 | 17 | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 1.86 | | 20,311.89 |
| C 08/30/13 | 17 | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 1.69 | | 20,313.58 |
| C 09/25/13 | 000308 | INTERNATIONAL SURETIES LTD SUITE 420 701 POYDRAS ST NEW ORLEANS LA 70139 | Blanket Bond As per order entered on October 18, 2013. Refer to docket #76 and #73. | 2300-000 | | 45.92 | 20,267.66 |
| C 09/30/13 | 17 | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 1.75 | | 20,269.41 |
| C 10/31/13 | 17 | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 1.75 | | 20,271.16 |
| C 11/29/13 | 17 | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 1.63 | | 20,272.79 |

LFORM2T4

Ver: 19.06c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

| Case No: | 08-00983 -BKT | | Trustee Name: | WIGBERTO LUGO-MENDER |
| --- | --- | --- | --- | --- |
| Case Name: | CB GASOLINE SERVICES GROUP, INC. | | Bank Name: | BANCO SANTANDER, P.R. |
| | | | Account Number / CD #: | *******3155 Banco Santander, P.R. - Checking Ac |
| Taxpayer ID No: | *******4189 | | | |
| For Period Ending: | 12/31/16 | | Blanket Bond (per case limit): | $ 19,330,424.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| C 12/31/13 | 17 | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 1.80 | | 20,274.59 |
| C 01/31/14 | 17 | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 1.75 | | 20,276.34 |
| C 02/28/14 | 17 | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 1.58 | | 20,277.92 |
| C 03/31/14 | 17 | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 1.75 | | 20,279.67 |
| C 04/30/14 | 17 | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 1.69 | | 20,281.36 |
| C 05/30/14 | 17 | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 1.69 | | 20,283.05 |
| C 06/30/14 | 17 | BANCO SANTANDER, P.R. | Interest Rate 0.000 | 1270-000 | 0.11 | | 20,283.16 |
| C 09/18/14 | 000309 | INTERNATIONAL SURETIES LTD SUITE 420 701 POYDRAS ST NEW ORLEANS LA 70139 | Blanket Bond As per order entered on October 8, 2014. Refer to docket #83 and #82. | 2300-000 | | 44.07 | 20,239.09 |
| C 09/09/15 | 000310 | INTERNATIONAL SURETIES LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | Blanket bond As per order entered on September 14, 2015. Refer to docket #88 and #86. | 2300-000 | | 48.17 | 20,190.92 |
| C 01/29/16 | 18 | O'NEILL & BORGES LLC | Settlement complaint against Esso Standard Oil Puerto Rico Order approving Nunc Pro Tunc Settlement Agreement entered on March 28, 2016 [Refer to docket #91 and #95] | 1149-000 | 1,315,903.06 | | 1,336,093.98 |
| C 02/05/16 | | Transfer to Acct #*******7902 | Bank Funds Transfer | 9999-000 | | 1,200,000.00 | 136,093.98 |
| C 03/14/16 | 000311 | WIGBERTO LUGO MENDER Centro Internacional de Mercadeo Rd #165 Torre 1 Suite 501 Guaynabo, PR 00968 | As per Court Order entered on March 14, 2016 [Reimbursed expenses] See legal docket #92 and #93 | 2200-000 | | 203.95 | 135,890.03 |
| C 07/22/16 | 000312 | SECRETARIO DE HACIENDA | EIN #66-0574189 YEAR 2015 Refer to dockets #103 and #106 | 2820-000 | | 130,903.00 | 4,987.03 |
| C 08/25/16 | | Transfer from Acct #*******7902 | Bank Funds Transfer | 9999-000 | 20,000.00 | | 24,987.03 |
| C 08/25/16 | 000313 | ALEXANDRA VILALARD, CPA 20 AVE WISTON CHURCHILL 2-B VILLAS DEL SEÑORIAL | As per Court Order entered on August 25, 2016 [Account for the Estate] Refer to docket #101 and #104 | 3410-000 | | 13,950.00 | 11,037.03 |

LFORM2T4

Ver: 19.06c

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-00983 -BKT | | Trustee Name: | WIGBERTO LUGO-MENDER |
| --- | --- | --- | --- | --- |
| Case Name: | CB GASOLINE SERVICES GROUP, INC. | | Bank Name: | BANCO SANTANDER, P.R. |
| | | | Account Number / CD #: | *******3155 Banco Santander, P.R. - Checking Ac |
| Taxpayer ID No: | *******4189 | | | |
| For Period Ending: | 12/31/16 | | Blanket Bond (per case limit): | $ 19,330,424.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 09/27/16 | 000314 | WIGBERTO LUGO MENDER<br>Centro Internacional de Mercadeo<br>Rd #165 Torre 1 Suite 501<br>Guaynabo, PR 00968<br>SAN JUA, PR 00926 | As per Court Order entered on September 27, 2016 [Reimbursed expenses] See legal docket #110 and #111<br><br>Fees         15.12<br>Expenses    377.45 | <br><br><br><br>2100-000<br>2200-000 | | 392.57 | 10,644.46 |
| C 10/04/16 | 000315 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET SUITE 420<br>NEW ORLEANS, LA  70139 | BLANKET BOND<br>Per Order dated Otober 10, 2016 [Refer to dockets #113 and #114] | 2300-000 | | 2,695.29 | 7,949.17 |

| Account *******3155 | Balance Forward | 0.00 | | | |
| --- | --- | --- | --- | --- | --- |
| 11 | Deposits | 1,336,659.67 | 14 | Checks | 149,034.96 |
| 76 | Interest Postings | 368.53 | 0 | Adjustments Out | 0.00 |
| | | | 2 | Transfers Out | 1,200,044.07 |
| | Subtotal | $ 1,337,028.20 | | | |
| | | | | Total | $ 1,349,079.03 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 20,000.00 | | | |
| | Total | $ 1,357,028.20 | | | |

LFORM2T4

Ver: 19.06c

FORM 2

Page: 7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-00983 -BKT | | Trustee Name: | WIGBERTO LUGO-MENDER |
|---|---|---|---|---|
| Case Name: | CB GASOLINE SERVICES GROUP, INC. | | Bank Name: | BANCO SANTANDER, P.R. |
| | | | Account Number / CD #: | *******7902 Banco Santander, P.R. - Money Marke |
| Taxpayer ID No: | *******4189 | | | |
| For Period Ending: | 12/31/16 | | Blanket Bond (per case limit): | $ 19,330,424.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/05/16 | | Transfer from Acct #*******3155 | Bank Funds Transfer | 9999-000 | 1,200,000.00 | | 1,200,000.00 |
| 08/25/16 | | Transfer to Acct #*******3155 | Bank Funds Transfer | 9999-000 | | 20,000.00 | 1,180,000.00 |

| Account *******7902 | Balance Forward | | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 0 | Deposits | 0.00 | 0 | Checks | 0.00 |
| | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 20,000.00 |
| | | Subtotal | $ 0.00 | | | |
| | | | | | Total | $ 20,000.00 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 1,200,000.00 | | | |
| | | Total | $ 1,200,000.00 | | | |

| Report Totals | Balance Forward | | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 11 | Deposits | 1,336,659.67 | 14 | Checks | 149,034.96 |
| | 76 | Interest Postings | 368.53 | 0 | Adjustments Out | 0.00 |
| | | | | 3 | Transfers Out | 1,220,044.07 |
| | | Subtotal | $ 1,337,028.20 | | | |
| | | | | | Total | $ 1,369,079.03 |
| | 0 | Adjustments In | 0.00 | | | |
| | 2 | Transfers In | 1,220,000.00 | | | |
| | | Total | $ 2,557,028.20 | | Net Total Balance | $ 1,187,949.17 |

LFORM2T4

Ver: 19.06c