## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF  PUERTO RICO
### HATO REY (SAN JUAN)  DIVISION

In Re:                                    §
                                          §
CB GASOLINE SERVICES GROUP, INC. §        Case No. 08-00983
                                          §
          Debtor                          §

---

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

WIGBERTO LUGO-MENDER, TRUSTEE      , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 10,465.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants:  330,011.71 | Claims Discharged Without Payment:  NA |
| Total Expenses of Administration:  178,673.10 | |

3) Total gross receipts of $ 1,348,524.63  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 839,839.82  (see **Exhibit 2**), yielded net receipts of $ 508,684.81  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 12,000.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 178,673.10 | 178,673.10 | 178,673.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 1,230,305.50 | 68,945.61 | 68,945.61 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 119,519.02 | 373,090.34 | 207,126.92 | 261,066.10 |
| **TOTAL DISBURSEMENTS** | $ 119,519.02 | $ 1,794,068.94 | $ 454,745.63 | $ 508,684.81 |

4)  This case was originally filed under chapter 7 on  02/22/2008 .  The case was pending for 125 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  06/07/2018 _____         By:/s/WIGBERTO LUGO-MENDER, TRUSTEE _____
                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Accounts  Receivable- Insular Trading | 1121-000 | 2,433.59 |
| Equipment- Planta Electrica | 1129-000 | 3,000.00 |
| Equipment- Transfer Switch | 1129-000 | 1,000.00 |
| Financial accounts- Banco Bilbao Vizcaya #0432 | 1129-000 | 1,003.08 |
| Financial accounts- Banco Popular de PR [4475] | 1129-000 | 8,627.64 |
| Financial accounts- Western Bank [2174/ 2250] | 1129-000 | 4,223.25 |
| Complaint- against Esso Standard Oil Puerto | 1149-000 | 1,315,903.06 |
| Inventory- Perishable | 1229-000 | 400.00 |
| Post-Petition Interest Deposits | 1270-000 | 11,864.96 |
| Municipality Vega Alta | 1290-000 | 69.05 |
| **TOTAL GROSS RECEIPTS** | | **$ 1,348,524.63** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| CB GASOLINE SERVICES GROUP, INC. | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 839,839.82 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 839,839.82 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | ANTILLES INSURANCE COMPANY | 4210-000 | NA | 12,000.00 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 12,000.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| WIGBERTO LUGO-MENDER | 2100-000 | NA | 28,684.24 | 28,684.24 | 28,684.24 |
| WIGBERTO LUGO-MENDER | 2200-000 | NA | 1,305.34 | 1,305.34 | 1,305.34 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | 210.86 | 210.86 | 210.86 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 2,969.66 | 2,969.66 | 2,969.66 |
| SECRETARIO DE HACIENDA | 2820-000 | NA | 130,903.00 | 130,903.00 | 130,903.00 |
| ALEXANDRA VILLARD, CPA | 3410-000 | NA | 14,600.00 | 14,600.00 | 14,600.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 178,673.10 | $ 178,673.10 | $ 178,673.10 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | DEPARTAMENTO DEL TRABAJO | 5300-000 | NA | 6,202.04 | 0.00 | 0.00 |
| 15A-1 | DEPARTMENT OF TREASURY | 5800-000 | NA | 17,614.73 | 0.00 | 0.00 |
| 15A-2 | DEPARTMENT OF TREASURY | 5800-000 | NA | 7,982.83 | 7,982.83 | 7,982.83 |
| 16 | DEPARTMENT OF TREASURY | 5800-000 | NA | 1,135,619.07 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 16-2A | DEPARTMENT OF TREASURY | 5800-000 | NA | 62,886.83 | 60,962.78 | 60,962.78 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 1,230,305.50 | $ 68,945.61 | $ 68,945.61 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | BANCO SANTANDER PUERTO RICO | 7100-000 | NA | 181,550.65 | 181,550.65 | 181,550.65 |
| 6 | COCA COLA PR COTTLERS | 7100-000 | 166.00 | 166.00 | 166.00 | 166.00 |
| 15B-1 | DEPARTMENT OF TREASURY | 7100-000 | NA | 5,571.94 | 0.00 | 0.00 |
| 15B-2 | DEPARTMENT OF TREASURY | 7100-000 | NA | 5,511.88 | 5,511.88 | 5,511.88 |
| 5 | EL GAUCHITO | 7100-000 | 157.50 | 157.50 | 157.50 | 157.50 |
| 7-1 | ESSO STANDARD OIL COMPANY (P.R.) | 7100-000 | 42,212.45 | 42,212.45 | 0.00 | 0.00 |
| 7-2 | ESSO STANDARD OIL COMPANY (P.R.) | 7100-000 | NA | 42,212.45 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | GOLDENWHIPP | 7100-000 | 940.95 | 940.95 | 940.95 | 940.95 |
| 13-1 | PUERTO RICO DEPARTMENT OF LABOR | 7100-000 | NA | 10,000.00 | 0.00 | 0.00 |
| 13-2 | PUERTO RICO DEPARTMENT OF LABOR | 7100-000 | NA | 10,000.00 | 10,000.00 | 10,000.00 |
| 2 | RANGER AMERICAN ARMORED SERVICES | 7100-000 | 2,900.00 | 2,900.00 | 2,900.00 | 2,900.00 |
| 4 | SABATIER AUTO SUPPLY | 7100-000 | 1,662.59 | 1,685.75 | 1,685.75 | 1,685.75 |
| 12 | V SUAREZ & CO | 7100-000 | 1,066.71 | 1,041.15 | 1,041.15 | 1,041.15 |
| 8 | WESTERNBANK PUERTO RICO | 7100-000 | 70,000.00 | 68,793.60 | 0.00 | 0.00 |
| 10 | PROVISIONES LEGRAND | 7100-001 | 287.82 | 287.82 | 287.82 | 287.82 |
| 14 | CARIBBEAN INTL NEWS CORP | 7200-000 | 125.00 | 58.20 | 58.20 | 58.20 |
| 16-2B | DEPARTMENT OF TREASURY | 7300-000 | NA | 0.00 | 2,827.02 | 2,827.02 |
| | BANCO SANTANDER PUERTO RICO | 7990-000 | NA | NA | NA | 35,471.47 |
| | CARIBBEAN INTL NEWS CORP | 7990-000 | NA | NA | NA | 11.37 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | COCA COLA PR COTTLERS | 7990-000 | NA | NA | NA | 32.43 |
| | DEPARTMENT OF TREASURY | 7990-000 | NA | NA | NA | 15,099.88 |
| | EL GAUCHITO | 7990-000 | NA | NA | NA | 30.77 |
| | GOLDENWHIPP | 7990-000 | NA | NA | NA | 183.84 |
| | PUERTO RICO DEPARTMENT OF LABOR | 7990-000 | NA | NA | NA | 1,953.81 |
| | RANGER AMERICAN ARMORED SERVICES | 7990-000 | NA | NA | NA | 566.60 |
| | SABATIER AUTO SUPPLY | 7990-000 | NA | NA | NA | 329.36 |
| | V SUAREZ & CO | 7990-000 | NA | NA | NA | 203.42 |
| | PROVISIONES LEGRAND | 7990-001 | NA | NA | NA | 56.23 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 119,519.02 | $ 373,090.34 | $ 207,126.92 | $ 261,066.10 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 08-00983 | BKT | Judge: | Brian K. Tester | | Trustee Name: | WIGBERTO LUGO-MENDER, TRUSTEE |
|---|---|---|---|---|---|---|---|
| Case Name: | CB GASOLINE SERVICES GROUP, INC. | | | | | Date Filed (f) or Converted (c): | 02/22/2008 (f) |
| | | | | | | 341(a) Meeting Date: | 03/19/2008 |
| For Period Ending: | 06/07/2018 | | | | | Claims Bar Date: | 06/17/2008 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Financial accounts- Banco Popular de PR [4475]<br><br>Value as per Schedule filed on March 10, 2008 | 6,399.38 | 6,399.38 | | 8,627.64 | FA |
| 2.  Financial accounts- Western Bank [2174/ 2250]<br><br>Value as per Schedule filed on March 10, 2008 | 4,177.56 | 4,223.25 | | 4,223.25 | FA |
| 3.  Financial accounts- Banco Bilbao Vizcaya #0432<br><br>Value as per Schedule filed on March 10, 2008 | 1,681.91 | 1,003.08 | | 1,003.08 | FA |
| 4.  Accounts  Receivable- Insular Trading<br><br>Value as per Schedule filed on March 10, 2008 | 698.13 | 2,433.59 | | 2,433.59 | FA |
| 5.  Equipment- Planta Electrica<br><br>Value as per Schedule filed on March 10, 2008 | 8,000.00 | 3,000.00 | | 3,000.00 | FA |
| 6.  Equipment- Transfer Switch<br><br>Value as per Schedule filed on March 10, 2008 | 3,000.00 | 1,000.00 | | 1,000.00 | FA |
| 7.  Equipment- Tormenteras<br><br>Value as per Schedule filed on March 10, 2008<br>Item not claimed by lessor | 2,000.00 | 1,000.00 | OA | 0.00 | FA |
| 8.  Equipment- Warmer Pizza (Leased with Esso)<br><br>Value as per Schedule filed on March 10, 2008 | 125.00 | 0.00 | OA | 0.00 | FA |
| 9.  Equipment- Caja Registradora  (Leased with Esso)<br><br>Value as per Schedule filed on March 10, 2008 | 3,500.00 | 0.00 | | 0.00 | FA |
| 10.  Equipment- Tablillas de Almacen (Leased with Esso)<br><br>Value as per Schedule filed on March 10, 2008 | 700.00 | 0.00 | OA | 0.00 | FA |
| 11.  Equipment- Vacuum Cleaners (Two)<br><br>(Leased with Esso)<br>Value as per Schedule filed on March 10, 2008 | 200.00 | 0.00 | OA | 0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 08-00983 | BKT | Judge: | Brian K. Tester | Trustee Name: | WIGBERTO LUGO-MENDER, TRUSTEE |
|---|---|---|---|---|---|---|

Case Name:  CB GASOLINE SERVICES GROUP, INC.

Date Filed (f) or Converted (c):  02/22/2008 (f)

341(a) Meeting Date:  03/19/2008

For Period Ending:  06/07/2018

Claims Bar Date:  06/17/2008

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 12.  Equipment- Freezer Almacen  (Leased with Esso)<br><br>Value as per Schedule filed on March 10, 2008 | 50.00 | 0.00 | OA | 0.00 | FA |
| 13.  Sistema Camaras de Seguridad  (Leased with Esso)<br><br>Value as per Schedule filed on March 10, 2008 | 2,500.00 | 0.00 | OA | 0.00 | FA |
| 14.  Equipment- Computers  (Leased with Esso)<br><br>Value as per Schedule filed on March 10, 2008 | 800.00 | 0.00 | OA | 0.00 | FA |
| 15.  Equipment- Printers (Three)  (Leased with Esso)<br><br>Value as per Schedule filed on March 10, 2008 | 240.00 | 0.00 | OA | 0.00 | FA |
| 16.  Equipment- Fleet Card Machine POS<br><br>   (Leased with Esso)<br>Value as per Schedule filed on March 10, 2008 | 350.00 | 0.00 | OA | 0.00 | FA |
| 17.  Post-Petition Interest Deposits                    (u) | Unknown | N/A | | 11,864.96 | FA |
| 18.  Complaint- against Esso Standard Oil Puerto<br><br>State Court case docketed as Civil No. DAC 2005-0343 was<br>settled in December 23, 2015.  Portion to be received on the<br>settlement fixed in the amount of $1,315,903.06 plus<br>$99,046.47 which were withheld in favor of PR Treasury<br>Department.  The amount to be received is already NET of<br>special counselor's fees and costs. | 0.00 | 0.00 | | 1,315,903.06 | FA |
| 19.  Municipality Vega Alta                    (u) | 0.00 | 69.05 | | 69.05 | FA |
| 20.  Inventory- Perishable                    (u) | 0.00 | 400.00 | | 400.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $34,421.98 | $19,528.35 | | $1,348,524.63 | $0.00 |

(Total Dollar Amount in Column 6)

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit 8

Initial Projected Date of Final Report (TFR): 09/30/2009        Current Projected Date of Final Report (TFR): 11/30/2017

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-00983

Case Name: CB GASOLINE SERVICES GROUP, INC.

Trustee Name: WIGBERTO LUGO-MENDER, TRUSTEE

Bank Name: BANCO SANTANDER

Account Number/CD#: XXXXXX3155

Banco Santander, P.R. - Checking Ac

Exhibit 9

Taxpayer ID No: XX-XXX4189

For Period Ending: 06/07/2018

Blanket Bond (per case limit): $20,784,850.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/27/08 | 20 | RAMON DAVILA | Proceeds from sale perishable Per motion for disposition of estate property filed on 2/27/2008- See legal Docket #6 | 1229-000 | $400.00 | | $400.00 |
| 03/06/08 | 1 | BANCO POPULAR | Closed Checking Accoun t#4475 | 1129-000 | $8,627.64 | | $9,027.64 |
| 03/31/08 | 4 | INSULAR TRADING COMPANY | Collection Account Receivable balance | 1121-000 | $792.67 | | $9,820.31 |
| 03/31/08 | 4 | INSULAR TRADING COMPANY | Collection Account Receivable balance | 1121-000 | $698.13 | | $10,518.44 |
| 03/31/08 | 2 | AMERICAN EXPRESS | Collection of funds- outstanding deposit at closing debtor's Westernbank checking account [#2174] | 1129-000 | $332.20 | | $10,850.64 |
| 03/31/08 | 4 | INSULAR TRADING COMPANY | Collection Account Receivable balance | 1121-000 | $942.79 | | $11,793.43 |
| 03/31/08 | 17 | BANCO SANTANDER, P.R. | Interest Rate 1.000 | 1270-000 | $5.12 | | $11,798.55 |
| 04/07/08 | 2 | WESTERNBANK | Closed bank account | 1129-000 | $3,891.05 | | $15,689.60 |
| 04/10/08 | 3 | BBVA | Closed bank account #0432 | 1129-000 | $1,003.08 | | $16,692.68 |
| 04/14/08 | 301 | LUGO MENDER, WIGBERTO Centro Internacional de MercadeoRd #165 Torre 1 Suite 501Guaynabo, PR 00968 | AS PER COURT ORDER ENTERED ON April 2, 2008 [Reimbursed expenses] See legal docket #12 and #14 | 2200-000 | | $386.42 | $16,306.26 |
| 04/29/08 | | RAMON DAVILA | Proceeds from sale- Power supply Electric generator with tank and transfer switch as per notice of sale [See legal docket #16, #22 and #23] | | $4,000.00 | | $20,306.26 |
| | | | Gross Receipts $4,000.00 | | | | |
| | 5 | | Equipment- Planta Electrica $3,000.00 | 1129-000 | | | |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Page Subtotals: $20,692.68 $386.42

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-00983

Case Name: CB GASOLINE SERVICES GROUP, INC.

Taxpayer ID No: XX-XXX4189

For Period Ending: 06/07/2018

Trustee Name: WIGBERTO LUGO-MENDER, TRUSTEE

Bank Name: BANCO SANTANDER

Account Number/CD#: XXXXXX3155

Banco Santander, P.R. - Checking Ac

Blanket Bond (per case limit): $20,784,850.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 6 | | Equipment- Transfer Switch | $1,000.00 | 1129-000 | | | |
| 04/30/08 | 17 | BANCO SANTANDER, P.R. | Interest Rate  1.000 | | 1270-000 | $11.48 | | $20,317.74 |
| 05/30/08 | 17 | BANCO SANTANDER, P.R. | Interest Rate  1.000 | | 1270-000 | $16.53 | | $20,334.27 |
| 06/20/08 | 19 | MUNICIPIO DE VEGA ALTA | Collection of funds judgment entered on Adversary 10-000165 [Dated 2/10/2011] | | 1290-000 | $69.05 | | $20,403.32 |
| 06/30/08 | 17 | BANCO SANTANDER, P.R. | Interest Rate  1.000 | | 1270-000 | $17.52 | | $20,420.84 |
| 07/31/08 | 17 | BANCO SANTANDER, P.R. | Interest Rate  1.000 | | 1270-000 | $17.58 | | $20,438.42 |
| 08/29/08 | 17 | BANCO SANTANDER, P.R. | Interest Rate  1.000 | | 1270-000 | $16.46 | | $20,454.88 |
| 09/30/08 | 17 | BANCO SANTANDER, P.R. | Interest Rate  1.000 | | 1270-000 | $18.18 | | $20,473.06 |
| 10/03/08 | 302 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE701 POYDRAS STREET SUITE 420NEW ORLEANS, LA 70139 | BLANKET BOND As per order entered on October 09, 2008 [Refer to docket #26 and #28] | | 2300-000 | | $72.72 | $20,400.34 |
| 10/10/08 | 303 | LUGO MENDER, WIGBERTO Centro Internacional de MercadeoRd #165 Torre 1 Suite 501Guaynabo, PR 00968 | AS PER COURT ORDER ENTERED ON October 9, 2008 [Reimbursed expenses] See legal docket #24 and #27 | | 2200-000 | | $62.57 | $20,337.77 |
| 10/31/08 | 17 | BANCO SANTANDER, P.R. | Interest Rate  1.000 | | 1270-000 | $17.55 | | $20,355.32 |
| 11/28/08 | 17 | BANCO SANTANDER, P.R. | Interest Rate  1.000 | | 1270-000 | $15.83 | | $20,371.15 |
| 12/31/08 | 17 | BANCO SANTANDER, P.R. | Interest Rate  1.000 | | 1270-000 | $18.67 | | $20,389.82 |
| 01/30/09 | 17 | BANCO SANTANDER, P.R. | Interest Rate  1.000 | | 1270-000 | $16.99 | | $20,406.81 |
| 02/27/09 | 17 | BANCO SANTANDER, P.R. | Interest Rate  1.000 | | 1270-000 | $15.87 | | $20,422.68 |

Page Subtotals: $251.71    $135.29

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-00983                                                      Trustee Name: WIGBERTO LUGO-MENDER, TRUSTEE          Exhibit 9
Case Name: CB GASOLINE SERVICES GROUP, INC.                            Bank Name: BANCO SANTANDER
                                                                       Account Number/CD#: XXXXXX3155
                                                                       Banco Santander, P.R. - Checking Ac
Taxpayer ID No: XX-XXX4189                                             Blanket Bond (per case limit): $20,784,850.00
For Period Ending: 06/07/2018                                          Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/31/09 | 17 | BANCO SANTANDER, P.R. | Interest Rate  1.000 | 1270-000 | $18.15 | | $20,440.83 |
| 04/30/09 | 17 | BANCO SANTANDER, P.R. | Interest Rate  1.000 | 1270-000 | $17.03 | | $20,457.86 |
| 05/29/09 | 17 | BANCO SANTANDER, P.R. | Interest Rate  1.000 | 1270-000 | $16.05 | | $20,473.91 |
| 06/30/09 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.250 | 1270-000 | $4.55 | | $20,478.46 |
| 07/31/09 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.250 | 1270-000 | $4.41 | | $20,482.87 |
| 08/31/09 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.250 | 1270-000 | $4.41 | | $20,487.28 |
| 09/28/09 | 304 | INTERNATIONAL SURETIES LTD SUITE 420701 POYDRAS STNEW ORLEANS LA 70139 | BLANKET BOND As per order entered on October 02, 2009 [Refer to docket #37 and #35, #39 and #33] All related disbursement for blanket bond payments are posted by the Bank as pre-authorized debit memos In our case management system all debits are reflected as check with numbers assigned by the program even if they are not | 2300-000 | | $72.70 | $20,414.58 |
| 09/30/09 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.250 | 1270-000 | $4.27 | | $20,418.85 |
| 10/30/09 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.250 | 1270-000 | $4.25 | | $20,423.10 |
| 11/30/09 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.250 | 1270-000 | $4.40 | | $20,427.50 |
| 12/31/09 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.250 | 1270-000 | $4.40 | | $20,431.90 |
| 01/29/10 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.250 | 1270-000 | $4.11 | | $20,436.01 |
| 02/26/10 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.250 | 1270-000 | $3.97 | | $20,439.98 |

Page Subtotals:                                                                       $90.00        $72.70

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 08-00983 | Trustee Name: WIGBERTO LUGO-MENDER, TRUSTEE | Exhibit 9 |
| Case Name: CB GASOLINE SERVICES GROUP, INC. | Bank Name: BANCO SANTANDER | |
| | Account Number/CD#: XXXXXX3155 | |
| | Banco Santander, P.R. - Checking Ac | |
| Taxpayer ID No: XX-XXX4189 | Blanket Bond (per case limit): $20,784,850.00 | |
| For Period Ending: 06/07/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/31/10 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.250 | 1270-000 | $4.68 | | $20,444.66 |
| 04/30/10 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.70 | | $20,446.36 |
| 05/28/10 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.59 | | $20,447.95 |
| 06/30/10 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.87 | | $20,449.82 |
| 07/30/10 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.70 | | $20,451.52 |
| 08/31/10 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.82 | | $20,453.34 |
| 09/30/10 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.70 | | $20,455.04 |
| 10/29/10 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.65 | | $20,456.69 |
| 11/01/10 | 305 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE701 POYDRAS STREET SUITE 420NEW ORLEANS, LA 70139 | BLANKET BOND As per order entered on December 02, 2010 [Refer to docket #52 and #51] All related disbursement for blanket bond payments are posted by the Bank as pre-authorized debit memos In our case management system all debits are reflected as check with numbers assigned by the program even if they are not | 2300-000 | | $83.26 | $20,373.43 |
| 11/30/10 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.81 | | $20,375.24 |
| 12/31/10 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.75 | | $20,376.99 |
| 01/31/11 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.75 | | $20,378.74 |
| 02/28/11 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.59 | | $20,380.33 |
| | | | Page Subtotals: | | $23.61 | $83.26 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 08-00983

Case Name: CB GASOLINE SERVICES GROUP, INC.

Trustee Name: WIGBERTO LUGO-MENDER, TRUSTEE

Bank Name: BANCO SANTANDER

Account Number/CD#: XXXXXX3155

Banco Santander, P.R. - Checking Ac

Taxpayer ID No: XX-XXX4189

For Period Ending: 06/07/2018

Blanket Bond (per case limit): $20,784,850.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/31/11 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.76 | | $20,382.09 |
| 04/29/11 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.64 | | $20,383.73 |
| 05/31/11 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.81 | | $20,385.54 |
| 06/30/11 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.70 | | $20,387.24 |
| 07/29/11 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.64 | | $20,388.88 |
| 08/31/11 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.87 | | $20,390.75 |
| 09/30/11 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.70 | | $20,392.45 |
| 10/31/11 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.76 | | $20,394.21 |
| 11/11/11 | 306 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE701 POYDRAS STREET SUITE 420NEW ORLEANS, LA 70139 | BLANKET BOND As per order entered on November 14, 2015 [Refer to docket #62 and #61] All related disbursement for blanket bond payments are posted by the Bank as pre-authorized debit memos In our case management system all debits are reflected as check with numbers assigned by the program even if they are not | 2300-000 | | $68.94 | $20,325.27 |
| 11/30/11 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.70 | | $20,326.97 |
| 12/30/11 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.69 | | $20,328.66 |
| 01/31/12 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.81 | | $20,330.47 |
| 02/29/12 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.64 | | $20,332.11 |

Page Subtotals:                   $20.72        $68.94

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 08-00983 | Trustee Name: WIGBERTO LUGO-MENDER, TRUSTEE |
| Case Name: CB GASOLINE SERVICES GROUP, INC. | Bank Name: BANCO SANTANDER |
| | Account Number/CD#: XXXXXX3155 |
| | Banco Santander, P.R. - Checking Ac |
| Taxpayer ID No: XX-XXX4189 | Blanket Bond (per case limit): $20,784,850.00 |
| For Period Ending: 06/07/2018 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/30/12 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.69 | | $20,333.80 |
| 04/30/12 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.75 | | $20,335.55 |
| 05/31/12 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.75 | | $20,337.30 |
| 06/29/12 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.64 | | $20,338.94 |
| 07/31/12 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.81 | | $20,340.75 |
| 08/31/12 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.75 | | $20,342.50 |
| 09/28/12 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.58 | | $20,344.08 |
| 10/15/12 | 307 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE701 POYDRAS STREET SUITE 420NEW ORLEANS, LA 70139 | BLANKET BOND As per order entered on October 18, 2012 [Refer to docket #70 and #69] All related disbursement for blanket bond payments are posted by the Bank as pre-authorized debit memos In our case management system all debits are reflected as check with numbers assigned by the program even if they are not | 2300-000 | | $49.45 | $20,294.63 |
| 10/31/12 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.86 | | $20,296.49 |
| 11/30/12 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.69 | | $20,298.18 |
| 12/31/12 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.75 | | $20,299.93 |
| 01/31/13 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.75 | | $20,301.68 |
| 02/28/13 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.58 | | $20,303.26 |

| | | | Page Subtotals: | | $20.60 | $49.45 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-00983
Case Name: CB GASOLINE SERVICES GROUP, INC.

Trustee Name: WIGBERTO LUGO-MENDER, TRUSTEE
Bank Name: BANCO SANTANDER
Account Number/CD#: XXXXXX3155
Banco Santander, P.R. - Checking Ac

Exhibit 9

Taxpayer ID No: XX-XXX4189
For Period Ending: 06/07/2018

Blanket Bond (per case limit): $20,784,850.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/29/13 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.64 | | $20,304.90 |
| 04/30/13 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.80 | | $20,306.70 |
| 05/31/13 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.75 | | $20,308.45 |
| 06/28/13 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.58 | | $20,310.03 |
| 07/31/13 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.86 | | $20,311.89 |
| 08/30/13 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.69 | | $20,313.58 |
| 09/25/13 | 308 | INTERNATIONAL SURETIES LTD SUITE 420701 POYDRAS STNEW ORLEANS LA 70139 | Blanket Bond As per order entered on October 18, 2013 [Refer to docket #76 and #73] All related disbursement for blanket bond payments are posted by the Bank as pre-authorized debit memos In our case management system all debits are reflected as check with numbers assigned by the program even if they are not | 2300-000 | | $45.92 | $20,267.66 |
| 09/30/13 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.75 | | $20,269.41 |
| 10/31/13 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.75 | | $20,271.16 |
| 11/29/13 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.63 | | $20,272.79 |
| 12/31/13 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.80 | | $20,274.59 |
| 01/31/14 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.75 | | $20,276.34 |
| 02/28/14 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.58 | | $20,277.92 |

Page Subtotals:                                                    $20.58            $45.92

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-00983
Case Name: CB GASOLINE SERVICES GROUP, INC.

Trustee Name: WIGBERTO LUGO-MENDER, TRUSTEE
Bank Name: BANCO SANTANDER
Account Number/CD#: XXXXXX3155
Banco Santander, P.R. - Checking Ac

Exhibit 9

Taxpayer ID No: XX-XXX4189
For Period Ending: 06/07/2018

Blanket Bond (per case limit): $20,784,850.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/31/14 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.75 | | $20,279.67 |
| 04/30/14 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.69 | | $20,281.36 |
| 05/30/14 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | $1.69 | | $20,283.05 |
| 06/30/14 | 17 | BANCO SANTANDER, P.R. | Interest Rate  0.000 | 1270-000 | $0.11 | | $20,283.16 |
| 09/18/14 | 309 | INTERNATIONAL SURETIES LTD SUITE 420701 POYDRAS STNEW ORLEANS LA 70139 | Blanket Bond As per order entered on October 8, 2014 [ Refer to docket #83 and #82] All related disbursement for blanket bond payments are posted by the Bank as pre-authorized debit memos In our case management system all debits are reflected as check with numbers assigned by the program even if they are not | 2300-000 | | $44.07 | $20,239.09 |
| 09/09/15 | 310 | INTERNATIONAL SURETIES LTD SUITE 420701 POYDRAS ST.NEW ORLEANS, LA 70139 | Blanket bond As per order entered on September 14, 2015 [Refer to docket #88 and #86] All related disbursement for blanket bond payments are posted by the Bank as pre-authorized debit memos In our case management system all debits are reflected as check with numbers assigned by the program even if they are not | 2300-000 | | $48.17 | $20,190.92 |
| 01/29/16 | 18 | O'NEILL & BORGES LLC | Settlement complaint against Esso Standard Oil Puerto Rico Order approving Nunc Pro Tunc Settlement Agreement entered on March 28, 2016 [Refer to docket #91 and #95] | 1149-000 | $1,315,903.06 | | $1,336,093.98 |

Page Subtotals:                    $1,315,908.30          $92.24

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-00983

Case Name: CB GASOLINE SERVICES GROUP, INC.

Trustee Name: WIGBERTO LUGO-MENDER, TRUSTEE

Bank Name: BANCO SANTANDER

Account Number/CD#: XXXXXX3155

Banco Santander, P.R. - Checking Ac

Exhibit 9

Taxpayer ID No: XX-XXX4189

For Period Ending: 06/07/2018

Blanket Bond (per case limit): $20,784,850.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/05/16 | | Transfer to Acct # XXXXXX7902 | Bank Funds Transfer | 9999-000 | | $1,200,000.00 | $136,093.98 |
| 03/14/16 | 311 | LUGO MENDER, WIGBERTO Centro Internacional de MercadeoRd #165 Torre 1 Suite 501Guaynabo, PR 00968 | As per Court Order entered on March 14, 2016 [Reimbursed expenses] See legal docket #92 and #93 | 2200-000 | | $203.95 | $135,890.03 |
| 07/22/16 | 312 | SECRETARIO DE HACIENDA | EIN #*****4189 YEAR 2015 Refer to dockets #103 and #106 | 2820-000 | | $130,903.00 | $4,987.03 |
| 08/25/16 | | Transfer from Acct # XXXXXX7902 | Bank Funds Transfer | 9999-000 | $20,000.00 | | $24,987.03 |
| 08/25/16 | 313 | ALEXANDRA VILLARD, CPA 20 AVE WISTON CHURCHILL 2-BVILLAS DEL SEÑORIALSAN JUA, PR 00926 | As per Court Order entered on August 25, 2016 [Account for the Estate] Refer to docket #101 and #104 | 3410-000 | | $13,950.00 | $11,037.03 |
| 09/27/16 | 314 | LUGO MENDER, WIGBERTO Centro Internacional de MercadeoRd #165 Torre 1 Suite 501Guaynabo, PR 00968 | As per Court Order entered on September 27, 2016 [Reimbursed expenses] See legal docket #110 and #111 | 2200-000 | | $392.57 | $10,644.46 |
| 10/04/16 | 315 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE701 POYDRAS STREET SUITE 420NEW ORLEANS, LA 70139 | BLANKET BOND Per Order dated October 10, 2016 [Refer to dockets #113 and #114] All related disbursement for blanket bond payments are posted by the Bank as pre-authorized debit memos In our case management system all debits are reflected as check with numbers assigned by the program even if they are not | 2300-000 | | $2,695.29 | $7,949.17 |
| 04/28/17 | 316 | LUGO MENDER, WIGBERTO Centro Internacional de MercadeoRd #165 Torre 1 Suite 501Guaynabo, PR 00968 | As per Court Order entered on April 28, 2016 [Reimbursed expenses] See legal docket #127 and #128 | 2200-000 | | $154.82 | $7,794.35 |

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*

Page Subtotals: $20,000.00 $1,348,299.63

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 08-00983
Case Name: CB GASOLINE SERVICES GROUP, INC.

Trustee Name: WIGBERTO LUGO-MENDER, TRUSTEE
Bank Name: BANCO SANTANDER
Account Number/CD#: XXXXXX3155
Banco Santander, P.R. - Checking Ac

Taxpayer ID No: XX-XXX4189
For Period Ending: 06/07/2018

Blanket Bond (per case limit): $20,784,850.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/15/17 | 317 | ALEXANDRA VILLARD, CPA 20 AVE WISTON CHURCHILL 2-BVILLAS DEL SEÑORIALSAN JUA, PR 00926 | As per Court Order entered on August 15, 2017 [Account for the Estate] Refer to docket #137 and #138 | 3410-000 | | $650.00 | $7,144.35 |
| 11/28/17 | | Transfer from Acct # xxxxxx7902 | Transfer of Funds | 9999-000 | $1,185,419.61 | | $1,192,563.96 |
| 11/28/17 | 318 | WIGBERTO LUGO-MENDER 100 CARR 165 STE 501 GUAYNABO, PR  00968-8052 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $28,684.24 | $1,163,879.72 |
| 11/28/17 | 319 | WIGBERTO LUGO-MENDER 100 CARR 165 STE 501 GUAYNABO, PR  00968-8052 | Final distribution representing a payment of 8.04 % per court order. | 2200-000 | | $105.01 | $1,163,774.71 |
| 11/28/17 | 320 | DEPARTMENT OF TREASURY Bankruptcy Section (424) P.O. Box 9024140 San Juan, PR  00902-4140 | Final distribution to claim 15 representing a payment of 100.00 % per court order. | | | $9,542.52 | $1,154,232.19 |
| | | | ($1,559.69) | 7990-001 | | | |
| | | DEPARTMENT OF TREASURY | Final distribution to claim 15 ($7,982.83) representing a payment of 100.00 % per court order. | 5800-000 | | | |
| 11/28/17 | 321 | DEPARTMENT OF TREASURY Bankruptcy Section (424) P.O. Box 9024140 San Juan, PR  00902-4140 | Final distribution to claim 16 representing a payment of 100.00 % per court order. | | | $72,873.72 | $1,081,358.47 |
| | | | ($11,910.94) | 7990-001 | | | |
| | | DEPARTMENT OF TREASURY | Final distribution to claim 16 ($60,962.78) representing a payment of 100.00 % per court order. | 5800-000 | | | |
| 11/28/17 | 322 | GOLDENWHIPP PMB 138 AVE ESMERALDA 405 GUAYNABO, PR  00969 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $1,124.79 | $1,080,233.68 |
| | | | ($183.84) | 7990-001 | | | |
| | | GOLDENWHIPP | Final distribution to claim 1 ($940.95) representing a payment of 100.00 % per court order. | 7100-000 | | | |

Page Subtotals:                    $1,185,419.61        $112,980.28

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-00983                                                                                      Trustee Name: WIGBERTO LUGO-MENDER, TRUSTEE      Exhibit 9
Case Name: CB GASOLINE SERVICES GROUP, INC.                                          Bank Name: BANCO SANTANDER
                                                                                                            Account Number/CD#: XXXXXX3155
                                                                                                            Banco Santander, P.R. - Checking Ac
Taxpayer ID No: XX-XXX4189                                                                     Blanket Bond (per case limit): $20,784,850.00
For Period Ending: 06/07/2018                                                                  Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/28/17 | 323 | RANGER AMERICAN ARMORED SERVICES PO BOX 29105 SAN JUAN, PR 00929-0105 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $3,466.60 | $1,076,767.08 |
| | | | ($566.60) | 7990-001 | | | |
| | | RANGER AMERICAN ARMORED SERVICES | Final distribution to claim 2 representing a payment of 100.00 % per court order. ($2,900.00) | 7100-000 | | | |
| 11/28/17 | 324 | SABATIER AUTO SUPPLY BOX 6827 BAYAMON, PR 00960-5827 | Final distribution to claim 4 representing a payment of 100.00 % per court order. | | | $2,015.11 | $1,074,751.97 |
| | | | ($329.36) | 7990-001 | | | |
| | | SABATIER AUTO SUPPLY | Final distribution to claim 4 representing a payment of 100.00 % per court order. ($1,685.75) | 7100-000 | | | |
| 11/28/17 | 325 | EL GAUCHITO PO BOX 9066283 SAN JUAN, PR 00906-6283 | (5-1) GOODS SOLD | | | $188.27 | $1,074,563.70 |
| | | | ($30.77) | 7990-001 | | | |
| | | EL GAUCHITO | (5-1) GOODS SOLD ($157.50) | 7100-000 | | | |
| 11/28/17 | 326 | COCA COLA PR COTTLERS PO BOX 51985 TOA BAJA, PR 00950-1985 | Final distribution to claim 6 representing a payment of 100.00 % per court order. | | | $198.43 | $1,074,365.27 |
| | | | ($32.43) | 7990-001 | | | |
| | | COCA COLA PR COTTLERS | Final distribution to claim 6 representing a payment of 100.00 % per court order. ($166.00) | 7100-000 | | | |
| 11/28/17 | 327 | PROVISIONES LEGRAND PO BOX 192217 SAN JUAN, PR 00919-2217 | Final distribution to claim 10 representing a payment of 100.00 % per court order. | | | $344.05 | $1,074,021.22 |
| | | | ($56.23) | 7990-001 | | | |

UST Form 101-7-TDR (10/1/2010) *(Page: 22)*                                  Page Subtotals:                                   $0.00          $6,212.46

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-00983

Case Name: CB GASOLINE SERVICES GROUP, INC.

Trustee Name: WIGBERTO LUGO-MENDER, TRUSTEE

Bank Name: BANCO SANTANDER

Account Number/CD#: XXXXXX3155

Banco Santander, P.R. - Checking Ac

Exhibit 9

Taxpayer ID No: XX-XXX4189

For Period Ending: 06/07/2018

Blanket Bond (per case limit): $20,784,850.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | PROVISIONES LEGRAND | Final distribution to claim 10 representing a payment of 100.00 % per court order. ($287.82) | 7100-000 | | | |
| 11/28/17 | 328 | BANCO SANTANDER PUERTO RICO PO BOX 362589 SAN JUAN, PR 00936-2589 | (11-1) LOAN #7004185557 | | | $217,022.12 | $856,999.10 |
| | | | ($35,471.47) | 7990-001 | | | |
| | | BANCO SANTANDER PUERTO RICO | (11-1) LOAN #7004185557 ($181,550.65) | 7100-000 | | | |
| 11/28/17 | 329 | V SUAREZ & CO PO BOX 364588 SAN JUAN, PR 00936 | Final distribution to claim 12 representing a payment of 100.00 % per court order. | | | $1,244.57 | $855,754.53 |
| | | | ($203.42) | 7990-001 | | | |
| | | V SUAREZ & CO | Final distribution to claim 12 representing a payment of 100.00 % per court order. ($1,041.15) | 7100-000 | | | |
| 11/28/17 | 330 | PUERTO RICO DEPARTMENT OF LABOR Bureau of Legal Affair - 18 Floor PO Box 71592 San Juan, PR 00936-8692 | Final distribution to claim 13 representing a payment of 100.00 % per court order. | | | $11,953.81 | $843,800.72 |
| | | | ($1,953.81) | 7990-001 | | | |
| | | PUERTO RICO DEPARTMENT OF LABOR | Final distribution to claim 13 representing a payment of 100.00 % per court order. ($10,000.00) | 7100-000 | | | |
| 11/28/17 | 331 | DEPARTMENT OF TREASURY Bankruptcy Section (424) P.O. Box 9024140 San Juan, PR 00902-4140 | Final distribution to claim 15 representing a payment of 100.00 % per court order. | | | $6,588.79 | $837,211.93 |
| | | | ($1,076.91) | 7990-001 | | | |
| | | DEPARTMENT OF TREASURY | Final distribution to claim 15 representing a payment of 100.00 % per court order. ($5,511.88) | 7100-000 | | | |

Page Subtotals: $0.00 $236,809.29

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 08-00983 | | | | Trustee Name: WIGBERTO LUGO-MENDER, TRUSTEE | | Exhibit 9 |
| Case Name: CB GASOLINE SERVICES GROUP, INC. | | | | Bank Name: BANCO SANTANDER | | |
| | | | | Account Number/CD#: XXXXXX3155 | | |
| | | | | Banco Santander, P.R. - Checking Ac | | |
| Taxpayer ID No: XX-XXX4189 | | | | Blanket Bond (per case limit): $20,784,850.00 | | |
| For Period Ending: 06/07/2018 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/28/17 | 332 | CARIBBEAN INTL NEWS CORP DBA EL BOCERO DE PR PO BOX 9067515 SAN JUAN, PR 00906-7515 | Final distribution to claim 14 representing a payment of 100.00 % per court order. | | | $69.57 | $837,142.36 |
| | | | ($11.37) | 7990-001 | | | |
| | | CARIBBEAN INTL NEWS CORP | Final distribution to claim 14 representing a payment of 100.00 % per court order. ($58.20) | 7200-000 | | | |
| 11/28/17 | 333 | DEPARTMENT OF TREASURY Bankruptcy Section (424) P.O. Box 9024140 San Juan, PR 00902-4140 | Final distribution to claim 16 representing a payment of 100.00 % per court order. | | | $3,379.36 | $833,763.00 |
| | | | ($552.34) | 7990-001 | | | |
| | | DEPARTMENT OF TREASURY | Final distribution to claim 16 representing a payment of 100.00 % per court order. ($2,827.02) | 7300-000 | | | |
| 12/11/17 | | Transfer from Acct # xxxxxx7902 | Transfer of Funds | 9999-000 | $6,076.82 | | $839,839.82 |
| 12/22/17 | 334 | CB GASOLINE SERVICES GROUP, INC. 163 Sabanera de Dorado Dorado, PR 00646 | Distribution of surplus funds to debtor. | 8200-002 | | $839,839.82 | $0.00 |
| 04/05/18 | 327 | PROVISIONES LEGRAND PO BOX 192217 SAN JUAN, PR 00919-2217 | Final distribution to claim 10 representing a payment of 100.00 % per court order. Reversal | | | ($344.05) | $344.05 |
| | | | $56.23 | 7990-001 | | | |
| | | PROVISIONES LEGRAND | Final distribution to claim 10 representing a payment of 100.00 % per court order. $287.82 | 7100-000 | | | |
| 04/05/18 | 335 | Clerk, U.S. Bankruptcy Court José V. Toledo Federal Building & US Courthouse 300 Recinto Sur Suite 109 San Juan, PR 00901 | Remit to Court | | | $344.05 | $0.00 |
| | | | ($56.23) | 7990-001 | | | |

Page Subtotals:                                        $6,076.82        $843,288.75

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 08-00983

Case Name: CB GASOLINE SERVICES GROUP, INC.

Trustee Name: WIGBERTO LUGO-MENDER, TRUSTEE

Bank Name: BANCO SANTANDER

Account Number/CD#: XXXXXX3155

Banco Santander, P.R. - Checking Ac

Taxpayer ID No: XX-XXX4189

For Period Ending: 06/07/2018

Blanket Bond (per case limit): $20,784,850.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | PROVISIONES LEGRAND | Final distribution to claim 10 representing a payment of 100.00 % per court order. | ($287.82) | 7100-001 | | | |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | | $2,548,524.63 | $2,548,524.63 |
| Less: Bank Transfers/CD's | | $1,211,496.43 | $1,200,044.07 |
| Subtotal | | $1,337,028.20 | $1,348,480.56 |
| Less: Payments to Debtors | | $0.00 | $839,839.82 |
| Net | | $1,337,028.20 | $508,640.74 |

Page Subtotals:                    $0.00                    $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: 08-00983 | | | Trustee Name: WIGBERTO LUGO-MENDER, TRUSTEE | | | | Exhibit 9 |
|---|---|---|---|---|---|---|---|

Case Name: CB GASOLINE SERVICES GROUP, INC.

Bank Name: BANCO SANTANDER
Account Number/CD#: XXXXXX7902
Banco Santander, P.R. - Money Marke

Taxpayer ID No: XX-XXX4189
For Period Ending: 06/07/2018

Blanket Bond (per case limit): $20,784,850.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/05/16 | | Transfer from Acct # XXXXXX3155 | Bank Funds Transfer | 9999-000 | $1,200,000.00 | | $1,200,000.00 |
| 08/25/16 | | Transfer to Acct # XXXXXX3155 | Bank Funds Transfer | 9999-000 | | $20,000.00 | $1,180,000.00 |
| 02/05/17 | 17 | BANCO SANTANDER, P.R. | INTEREST REC'D FROM BANK | 1270-000 | $5,419.61 | | $1,185,419.61 |
| 10/31/17 | 17 | BANCO SANTANDER | INTEREST REC'D FROM BANK | 1270-000 | $5,524.37 | | $1,190,943.98 |
| 11/28/17 | 17 | BANCO SANTANDER | INTEREST REC'D FROM BANK | 1270-000 | $6,076.82 | | $1,197,020.80 |
| 11/28/17 | 17 | BANCO SANTANDER | REVERSE INTEREST REC'D FROM BANK CORRECT DATA ENTRY ERROR | 1270-000 | ($5,524.37) | | $1,191,496.43 |
| 11/28/17 | | Transfer to Acct # xxxxxx3155 | Transfer of Funds | 9999-000 | | $1,185,419.61 | $6,076.82 |
| 12/11/17 | | Transfer to Acct # xxxxxx3155 | Transfer of Funds | 9999-000 | | $6,076.82 | $0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $1,211,496.43 | $1,211,496.43 |
| Less: Bank Transfers/CD's | $1,200,000.00 | $1,211,496.43 |
| Subtotal | $11,496.43 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $11,496.43 | $0.00 |

Page Subtotals:                  $1,211,496.43      $1,211,496.43

Exhibit 9

## TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3155 - Banco Santander, P.R. - Checking Ac | $1,337,028.20 | $508,640.74 | $0.00 |
| XXXXXX7902 - Banco Santander, P.R. - Money Marke | $11,496.43 | $0.00 | $0.00 |
| | $1,348,524.63 | $508,640.74 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $1,348,524.63 |
| Total Gross Receipts: | $1,348,524.63 |